

Exhibit A



Exhibit  B



Exhibit C

Case No. 1:26-cv-00053-RTG    Document 1-1    filed 01/06/26    USDC Colorado    pg 4 of 12



11 *Mary Magdalene* ........... *red egg of fertility and new birth* (Portra... Russian Church of Saint Mary Magdalene, Jerusalem). Serge Ivanov... century mural depicts Mary displaying the egg before Emperor Tib... Coloured eggs have long been associated with Eostre (Easter), the a... goddess of Spring.



Exhibit D: Vivian Green (VG) and Valentinian Gnosticism are connected to Georgetown Visitation (GV) High School as sister school to Gonzaga (19 Eye Street)



Your Starbucks Card number is

# STARBUCKS·

6339 5456 0185 2244

26433561

## Do not sell or purchase if label indicates tampering

### Treat this Card like cash.

Reload your Card, check your balance, and find out how to register and protect your Card balance at participating stores, **starbucks.com/card** or 1-800-782-7282. Cannot be redeemed for cash unless required by law. Refunds only provided for unused Cards with the original receipt. This Card does not expire, nor does Starbucks charge fees. Use of this Card constitutes acceptance of the terms and conditions available at **starbucks.com/cardterms**, including arbitration terms. Printed in the USA.

· 2026 Starbucks Coffee Company. SKU 11756022 SB026-034095

10140541    US

Sent Items - Ronald S. Emnt - Outlook







Exhibit E: Starbucks Trademark/Logo connected to Vivian Green (VG), Valentinian Gnosticism) and Maria Chemiaska of Warsaw, Poland

1/2/26, 9:48 PM



NIXIE        100  4C 1        0184/22/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 342437962SS        *1683-02634-11-46

SAINT PETERSBURG FL        TAMPA FL 33
3 FEB 2025   PM 5 L        342437962

U.S. POSTAGE
$1.65

*United States Embassy of Vatican City*
*Via delle Terme*
*Rome, Italy*

00114-0001

**RINVIO**
**RETOUR**                                **CN 15**

☐ Sconosciuto / Inconnu        ☐ Rifiutato / Refusé

☐ Traslocato / Déménagé        ☐ Non reclamato / Non réclamé

☑ Indirizzo insufficiente / Adresse insuffisante

☐

_____
Signature - Firma



6655 38th Lane East
Sarasota, Florida 34243

January 4th, 2025

U.S. Embassy to the Holy See
Via delle Terme Deciane 26
Rome, Italy

Dear USA Embassy of Vatican City:

I am worried about my fiance who is a homeless refugee in Warsaw, Poland.  Her number is **+380994339671** on Whatsapp and my number in the United States is **+1(703)936-3043**.  She is from Kharkiv, Ukraine and was transported by the Ukrainian military 2 years ago.  I am also a presidential candidate whose number with Federal Election Commission is **P60005535** and Committee number **C00569897**.  The number for USA Embassy in warsaw, Poland is **+48225042000**.  I have been trying to get a case transferred from United States to **International Court of Justice in Geneva, Switzerland**.  Please visit the following websites to confirm that I am a presidential candidate (Democrat) from 2016 and 2020 and recognized by former Florida Secretary of State Ken Detzner.

https://www.fec.gov/data/candidate/P60005535/?cycle=2016

https://www.fec.gov/data/committee/C00569897/?cycle=2016

https://dos.elections.myflorida.com/candidates/CanDetail.asp?account=64680

https://www.youtube.com/watch?v=OHJBNDyjL30

https://www.youtube.com/shorts/B6qi0IJx2o0

https://www.pinterest.com/pin/3520548958867685079/

https://www.youtube.com/watch?v=1o1jeo3S0bc

https://www.youtube.com/watch?v=DadiNFmTxak

I have also attached a picture of another woman named Kateryna Olokoba from Kheron, Ukraine whose email is kurilenkokatia@gmail.com and whose name is **КАТЕРИНА КУРИЛЕНКО at 25 Frunze Street in Kherson**. I sent a payment to **Paypal Xoom** to **Accord Bank on Pushkinska Street** to Maria whose name in Ukrainian is **Мария Чернявская** and I sent money to her **International Banking Account Number (IBAN)** as part of a SWIFT transaction and met her on a website licensed according to **International Marriage Broker Regulation Act (IMBRA)** drafted by Senator Patty Murray or Senator Maria Cantwell or Oregon or Washington.

Cordially Yours,

Ronald Satish Emrit
6655 38th Lane East
Sarasota, Florida 34243
(703)936-3043

Memo: This is What I am Sending to Embassies - Ronald S. Emit - Outlook

2/1/25, 7:18 PM

